■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS O'DELL, Appellant. — Appeal by defendant from a judgment of the County Court, Dutchess County (Aldrich, J.), rendered April 23, 1982, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's guilt was proven beyond a reasonable doubt (*see, People v Contes,* 60 NY2d 620, 621). There was ample evidence from which the jury could infer that defendant intended to kill the victim based upon his conduct on the night in question (*see, People v Barnes,* 50 NY2d 375; *People v Mackey,* 49 NY2d 274).

Since no objection was taken by defense counsel to the court's charge on intent, any error in that charge has not been preserved for appellate review as a matter of law (*People v Glinsman,* 107 AD2d 710; *People v Mandrachio,* 79 AD2d 278, *affd* 55 NY2d 906, *cert denied* 457 US 1122).

The court properly exercised its discretion in allowing the prosecutor to introduce, on rebuttal, a sworn statement made by one of the People's witnesses in order to negate her testimony on cross-examination which had raised a possible justification defense not previously mentioned during direct examination. Even if such proof was not actually of a rebuttal nature, the trial court could have nevertheless permitted its introduction in the interest of justice (CPL 260.30 [7]; *People v Harris,* 57 NY2d 335, 345, *cert denied* 460 US 1047; *People v Sterling,* 95 AD2d 927, 928). Mangano, J. P., Bracken, Rubin and Kunzeman, JJ., concur.